No. 11–376. FOTHERINGHAM v. AVERY DENNISON CORP. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 11–377. GALIANA v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 11–388. GALINDO-ROMERO v. HOLDER, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari denied.

No. 11–389. HARPER, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF HER HUSBAND, HARPER, DECEASED v. UNITED SERVICES AUTOMOBILE ASSN., AKA USAA; and HARPER v. UNITED SERVICES AUTOMOBILE ASSN., AKA USAA. Sup. Ct. Va. Certiorari denied.

No. 11–395. WHITTAKER v. WHITTAKER. Sup. Ct. App. W. Va. Certiorari denied.

No. 11–396. LUBY v. BEDELL, CHIEF JUDGE, CIRCUIT COURT OF WEST VIRGINIA, HARRISON COUNTY, ET AL. Sup. Ct. App. W. Va. Certiorari denied.

No. 11–399. SORCIA, AKA SORCIA-RICO v. HOLDER, ATTORNEY GENERAL. C. A. 4th Cir. Certiorari denied.

No. 11–401. SINANI v. HOLDER, ATTORNEY GENERAL. C. A. 6th Cir. Certiorari denied.

No. 11–417. STATON HOLDINGS, INC., DBA STATON WHOLESALE v. FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

